# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
Mar 6, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC DEPUTY

**LISA DAVIDSON,**        ) Case No. 2:14-cv-09400-SVW-VBK
                          )
Plaintiff,                ) **ORDER**
                          )
vs.                       )
                          )
**ENHANCED RECOVERY**     ) JS-6
**COMPANY,**              )
                          )
Defendant.                )

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

Dated this __6__ day of March, 2015.

_/s/ Stephen V. Wilson_
The Honorable Stephen V. Wilson

Order to Dismiss - 1